UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STONECREST INCOME AND
OPPORTUNITY FUND-I, LLC, a California
limited liability company,

    Plaintiff,

CASE NO: 14-CV-61012

vs.

BEVIN L. MORRIS; et al.;

    Defendants.
_____/

## AFFIDAVIT OF COMPLIANCE WITH FLA. STAT. §48.121

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority, personally appeared CAMERON H.P. WHITE who, after being duly sworn by me, deposes and says:

1. I am a member of good standing of The Florida Bar, the attorney of record for the Plaintiff in the above-styled cause of action and make this Affidavit of my own personal knowledge.

2. A copy of the summons and complaint in this action was mailed by certified mail; return receipt requested, to the State of Florida, Department of Revenue, 107 W. Gaines Street, Tallahassee, Florida 32399, on May 7, 2014. The receipt of the State of Florida, Department of Revenue, is attached as **Exhibit "A."**

_____
CAMERON H.P. WHITE

STATE OF FLORIDA
COUNTY OF <u>ORANGE</u>

Sworn to and subscribed before me this ___ day of May, 2014, by Cameron H.P. White, who is (*check one*) ☒ personally known to me, or ☐ has produced _____ as identification.

_____
Notary Public
My Commission Expires:

Notary Public State of Florida
Keishara Goodrum
My Commission EE 215481
Expires 07/10/2016

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.29 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.29 |

Sent To: State of Florida
Street, Apt. No.; or PO Box No.: 107 W Gaines St
City, State, ZIP+4: Tallahassee, Fl 32399

PS Form 3800, August 2006   See Reverse for Instructions

7013 2250 0002 2191 0584

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of Florida
107 W. Gaines St
Tallahassee, Fl 32399

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

ATTORNEY GENERAL'S OFFICE

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Exhibit A